

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| In the Matter of the Marriage of Anita Ann Steadman and Franklin Weldon Barrier<br><br>No. 06-20-00011-CV | Appeal from the 76th District Court of Morris County, Texas (Tr. Ct. No. 26,669). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Anita Ann Steadman, pay all costs incurred by reason of this appeal.

RENDERED MAY 3, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk